# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

IN THE MATTER OF:

**Registry Funds Deposited
For At Least Five Years**

MISC. NO. 148 (JAF)

RECEIVED & FILED
05 SEP 20 PM 4:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**ORDER**

Pursuant to Title 28, U.S.C., Section 2042, in every case in which the right to withdraw money deposited in Court under Title 28, U.S.C., Section 2041 has been adjudicate, or is not in dispute, and such money has remained deposited for at least five (5) years unclaimed by the person entitled thereto, the Court shall cause such money to be deposited in the Treasury, in the name and to the credit of the United States.

It now appears that the amounts contained on the Exhibit A have been unclaimed and on deposit in the Registry of this Court for a period of at least five (5) years.

**IT IS ORDERED**, that said amounts be paid into the Treasury of the United States Account No. 613300 — Unclaimed Monies Fund.

IN SAN JUAN, PUERTO RICO, this _____ day of September, 2005.

_____
JOSE A. FUSTE
CHIEF JUDGE, U.S. DISTRICT COURT